# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JONATHAN TUCKER KROLL

## WARRANT FOR ARREST

CASE NUMBER: 00-6082-CR-FERGUSON(s)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JONATHAN TUCKER KROLL

FILED by _____ D.C.
SEP 21 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

and bring him or her forthwith to the nearest magistrate to answer a[n]

| X | Indictment |   | Information |   | Complaint |   | Order of court |   | Violation Notice |   | Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Clarence Maddox

**Name of Issuing Officer**

Court Administrator/Clerk of the Court

**Title of Issuing Officer**

_(signature)_

**Issuing Officer**

9-21-00 Ft Lauderdale, FL

**Date and Location**

LURANA S. SNOW

Bail fixed at $ __PRETRIAL DETENTION requested__ by __UNITED STATES MAGISTRATE JUDGE__

**Name of Judicial Officer**

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST |   |   |