| | | | |
|---|---|---|---|
| DEFT: | Jonathan Tucker Kroll (surr) | CASE NO: | 00-6082-CR-Ferguson (s) |
| AUSA: | Roger Powell /Harry Burdfeld/ | ATTNY: | Al Kreiger /Susan Van Dusen (temp)/ |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED:

BOND SET @ _____

CO-SIGNATURES: _____    SFP ? ?

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring

A - advised of charges

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-4-00 | 10:00am | BSS ✓ |
| PTD/BOND HEARING: | 10-4-00 | 10:00am | BSS ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-4-00 | 10:00am | BSS ✓ |
| STATUS CONFERENCE: | | | |

DATE: 9-28-00    TIME: 11:00am    TAPE # 00-074    PG # 4 / ?

2820-2830
Really 3300-3440    100