# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__  509850

UNITED STATES OF AMERICA

v.

JONATHAN TUCKER KROLL

## WARRANT FOR ARREST

CASE NUMBER: 00-6082-CR-FERGUSON(s)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JONATHAN TUCKER KROLL _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment |   | Information |   | Complaint |   | Order of court |   | Violation Notice |   | Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO POSSES WITH INTENT TO DISTRIBUTE 3,4-METHYLENEDIOXYMETHAMPHETAMINE AND POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Clarence Maddox

Name of Issuing Officer

[signature]

Issuing Officer

Court Administrator/Clerk of the Court

Title of Issuing Officer

9-21-00  Ft Lauderdale, FL

Date and Location

Bail fixed at $ __PRETRIAL DETENTION__ _requested_ by __UNITED STATES MAGISTRATE JUDGE__

LURANA S. SNOW

Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

~~xxxxxxxxxxxxx~~ SURRENDER TO USMS FT. LAUDERDALE, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/21/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>9-28-00 | | Edward Purchase, SDUSM |

104