UNITED STATES DISTRICT COURT
Southern District of Florida

FILED
SEP 2 2000
CL...... FLA FT. LAUD.

U.S. Marshal # 55475-004

UNITED STATES OF AMERICA        )
                    Plaintiff   )    Case Number: CR 00-6082-CR-WDF
                                )    REPORT COMMENCING CRIMINAL
        -vs-                    )         ACTION
                                )
JONATHAN T. KROLL               )
                Defendant
*********************************************************
TO: Clerk's Office    MIAMI   ( FT. LAUDERDALE )   W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".  SELF SURR USM OFFKE FTL

(1)  Date and Time of Arrest: 9-28-00        am/pm

(2)  Language Spoken:    ENGLISH

(3)  Offense(s) Charged:  PWID AMPHETMINE

(4)  U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth:  7-24-75

(6)  Type of Charging Document: (check one)
     [X] Indictment  [ ] Complaint _To be filed/Already filed
     Case# 00-6082-CR-WDF

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District:    SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____
     _____

(8)  Date: 9-28-00   (9) Arresting Officer: _____

(10) Agency: USMS        (11) Phone: _____

(12) Comments: _____

105