DEFT: Jonathan Kroll (J)#    CASE NO: 00-6082-CR-Ferguson
AUSA: Roger Powell /BLOOM    ATTNY: Al Krieger/Susan Van Dusen
                                    present
AGENT: ___    VIOL: ___
PROCEEDING: PTD Hearing /arraign   BOND REC: reached stipulated bond
BOND HEARING HELD — yes/no   COUNSEL APPOINTED: ___
BOND SET @ $100,000 PSB - cosigned by parents
           $100,000 Corp. surety   stipulated
CO-SIGNATURES: $100,000 - 10% cash deposit

SPECIAL CONDITIONS:

1) Do not violate any law.
✓ 2) Appear in court as directed.
✓ 3) Surrender and/or do not obtain passports/travel documents.
✓ 4) Rpt to PTS as directed /or at NJ (Newark) ___ x's a week/month by phone; ___ x's a week/month in person.
✓ 5) Random urine testing by Pretrial Services; treatment as deemed necessary.
✓ 6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
✓ 8) No contact with victims/witnesses.
✓ 9) No firearms.
10) Curfew: 10 pm → 5 am
11) Travel extended to: Dist of NJ + SD/FL
12) ___ Halfway House
    ___ Electronic Monitoring

Reside at current address (w/ parents in NJ)
no illegal drugs
or excessive alcohol

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 10-19-00   11:00am   LSS

DATE: 10-4-00   TIME: 11:00am   TAPE # 00-  00/078
3073-3078
recalled
3338-3700
00-078
1-380

107