

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-Ferguson

UNITED STATES OF AMERICA

vs

Jonathan Kroll

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  10-4-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: see bond

Telephone:

DEFENSE COUNSEL:  Name: Al Krieger/ Susan Van Dusen

Address:

Telephone:

BOND SET/CONTINUED:  $ 100,000 PSB, 100,000-10% & 100,000 Corp. Surety

Bond hearing held: yes X   no___  Bond hearing set for_____

Dated this  4  day of  October  , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-077/078

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services