UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. :

JONATHAN KROLL, :

    Defendant. :
_____

**STATUS REPORT**

A status conference was held in this cause on October 19, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has provided at the status conference.

    2. Counsel for the defendant shall have until November 3, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 20th day of October, 2000.

                                  LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Susan Van Dusen, Esq.