HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __KEVIN CUMMINGS_____ CASE NO: __00-6253-CR-ROETTGER__
AUSA __ROBERT NICHOLSON__ /Kay   ATTY __FPD — Tim Day__

00-054 ✓ 1236

m/due M-3

DEFT __JONATHAN KROLL_____ CASE NO: __00-6082-CR-FERGUSON__ ✓
AUSA __ROGER POWELL__ /Kay   ATTY __SUSAN VAN DUSEN, ESQ.__ pr—

al kreizer   00-054
M/due 11-10                    C 1295

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __10-19-00_____ TIME __11:00_____