UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6082-CR-FERGUSON
(Magistrate Judge Seltzer)
v.

JONATHAN KROLL,  **ORDER**
_____/

THIS CAUSE came before the Court upon Defendant JONATHAN KROLL'S Unopposed Motion to Modify Conditions of Release, filed on October 23, 2000.

THE COURT has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

ORDERED and ADJUDGED that the motion is hereby GRANTED. Mr. Kroll's conditions of release are hereby modified to eliminate the curfew previously imposed and to substitute therefor the condition that Mr. Kroll report in person twice each week to the Newark, New Jersey U. S. Pretrial Services Office. Further, Mr. Kroll's travel limitations are hereby modified to the extent that he is permitted to have unlimited travel within the continental United States for the purpose of conferring with counsel.

DONE and ORDERED in Chambers, at Fort Lauderdale, Florida, this 25th day of October, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

Copies Furnished to:
AUSA Roger W. Powell
AUSA Jeffrey H. Kay
Albert J. Krieger/Susan W. Van Dusen
U. S. Pretrial Services Office, Fort Lauderdale, FL
U. S. Pretrial Services Office, Newark, NJ