UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON (s)



UNITED STATES OF AMERICA

v.

ROBBIE ACEVEDO, et al,

Defendants.
_____/

**GOVERNMENT'S FIRST SUPPLEMENTAL**
**RESPONSE TO THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the First Supplemental Response Standing

Discovery Order.  This response also complies with Local Rule 88.10 and Federal Rule of

Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

> A.    5.    Books, papers, documents, photographs, tangible objects, buildings or
> places which the government intends to use as evidence at trial to prove its
> case in chief, or were obtained or belonging to the defendant may be
> inspected at a mutually convenient time at the Office of the United States
> Attorney, 500 E. Broward Blvd., Fort Lauderdale, Florida, Suite 700.
> Please call the undersigned to set up a date and time that is convenient to
> both parties.
>
> The attachments to this discovery response are not necessarily copies of all
> the books, papers, documents, etc., that the government may intend to
> introduce at trial.

The attachments to this response are numbered pages 00216 - 00592 .  Please contact



the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _Roger W. Powell_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.341411
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Tel:(954)356-7255; Fax:356-7336

cc:  Special Agent Scott Coley,
     DEA Drug Task Force

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by

United States mail this _3rd_ day of November to:

Ms. Susan Wright Van Dusen , Esq.
Attorney for Defendant Kroll
1899 South Bayshore Drive
Miami, FL 33133

Mr. Joseph Weinberg, Esq.
Attorney for Defendant Hall
305 Buckhead Avenue
Atlanta, Georgia 30305

_Roger W. Powell_____
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

2