UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  :  CASE NO.: 00-6082-CR-FERGUSON

Plaintiff,  :

v.  :  **DEFENDANT KROLL'S UNOPPOSED MOTION FOR**

JONATHAN TUCKER KROLL,  :  **CONTINUANCE OF TRIAL, AND INCORPORATED AFFIDAVIT OF**

Defendant.  :  **ALBERT J. KRIEGER IN SUPPORT**

Defendant, JONATHAN TUCKER KROLL, by and through his undersigned counsel, respectfully moves this Honorable Court, pursuant to Rule 7.6, Local Rules of the United States District Court For The Southern District Of Florida, for the entry of an order granting a continuance of the above cause, which is presently set for a Calendar Call on November 27, 2000 and for trial during the two-week period beginning Monday, December 4, 2000. In support of this motion, Mr. Kroll respectfully submits the Affidavit of Albert J. Krieger, incorporated herein by reference, setting forth the grounds for said motion.

**INCORPORATED AFFIDAVIT OF ALBERT J. KRIEGER
IN SUPPORT OF DEFENDANT KROLL'S UNOPPOSED
MOTION FOR CONTINUANCE OF TRIAL**

STATE OF FLORIDA        )
                        )ss:
COUNTY OF MIAMI-DADE    )

1

1.  I, ALBERT J. KRIEGER, Esq., together with Susan W. Van Dusen, Esq., represent the Defendant, JONATHAN TUCKER KROLL, in the above-captioned case.

2.  On September 21, 2000, Mr. Kroll was charged in a superseding indictment with violations of 21 U.S.C. §§ 846, 841(a)(1), 853, and 18 U.S.C. §2.

3.  On September 28, 2000, Mr. Kroll, upon being notified of the arrest warrant issued as a result of the return of the superseding indictment, voluntarily surrendered to the U. S. Marshal's Office in the Southern District of Florida.

4.  Mr. Kroll's arraignment on the superseding indictment was on October 4, 2000. Mr. Kroll has been released on bond since that date, and he has abided by, and continues to abide by, all the terms and conditions of his release.

5.  On October 19, 2000, undersigned counsel received discovery (Documents #00001-00215) produced pursuant to the Government's Response To The Standing Discovery Order. On November 6, 2000, undersigned counsel received discovery (Documents #00216-00592) produced pursuant to the Government's First Supplemental Response To The Standing Discovery Order. By letter dated November 13, 2000, counsel advised AUSA Roger W. Powell of certain documents and/or pages which were not included in, or were missing from, the documents produced in the government's responses to the Standing Discovery Order.

6.  As of the date of this Affidavit, the government's production of discovery is ongoing. Counsel for Mr. Kroll and AUSA Powell are continuing to communicate regarding the production of discovery documents.

7.  It is respectfully submitted that a continuance of the presently scheduled trial of this case will afford the parties the time necessary to complete the discovery production and to either

2

resolve this case by plea or conclude the trial preparation necessary to render effective assistance of counsel to the defendant at trial.

8. Mr. Kroll, who has been fully advised by undersigned counsel as to the contents of this motion, is willing to waive his right to a speedy trial under 18 U.S.C. §3161, et seq., in conjunction with this request for a continuance of trial date.

9. Further, it is respectfully submitted that this motion is based upon good cause and not made for purposes of improper delay. Undersigned counsel has conferred with AUSA Powell regarding this motion, and has been authorized to state that the government does not oppose this requested continuance and that it is in the interests of justice and efficiency to grant a continuance of the presently scheduled trial date in this case.

ALBERT J. KRIEGER

BEFORE ME, the undersigned authority, personally appeared before me, ALBERT J. KRIEGER, who, upon being duly sworn, stated he executed the foregoing for the reasons set forth therein. Witness my hand, and official seal, this 21st day of November, 2000.

Notary Public in and for
State of Florida at Large

My Commission Expires:



ELIZABETH M. BORGES
Notary Public - State of Florida
My Commission Expires Oct 14, 2004
Commission # CC963050

3

### CONCLUSION

For all the foregoing reasons, the Defendant Jonathan Tucker Kroll respectfully requests that this Honorable Court continue the trial of his case, and requests such other and further relief that the Court may deem just and proper under the circumstances.

Respectfully submitted,

Albert J. Krieger
ALBERT J. KRIEGER, P.A.
Fla. Bar No. 209422
1899 South Bayshore Drive
Miami, Florida 33133
(305) 854-0050
Fax (305) 285-1761

Susan W. Van Dusen
Fla. Bar No. 334111
1899 South Bayshore Drive
Miami, Florida 33133
(305) 854-0050
Fax (305) 285-1761

4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion for reconsideration was hand-delivered and/or mailed this 21st day of November, 2000, to:

Roger W. Powell, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Susan W. Van Dusen

5