SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 13 2001

CASE # 00-6082-CR-WDF

DEFENDANT Jonathan Kroll              JUDGE    WILKIE D. FERGUSON
Deputy Clerk   TROY T. WALKER         DATE  April 13, 2001
Court Reporter  Carl Schanzleh / Paul Haferling    USPO   Ed Cooley
AUSA   Roger Powell                   Deft's Counsel   Albert Krieger

COUNTS DISMISSED ___ All Others
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
✓ Sentencing cont'd until 4/23/01 at 9:30 AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |

Comments _____

Assessment $ _____        Fine $ _____

Restitution /Other _____

### CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

203