FILED by _____ D/C.

APR 24 2001

**SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6082-CR-WDF

DEFENDANT: Jonathan Kroll    JUDGE: WILKIE D. FERGUSON

Deputy Clerk: TROY T. WALKER    DATE: April 23, 2001

Court Reporter: Brynn Dockstader ~~Pary Haferling~~    USPO: Frank Smith

AUSA: Roger Powell    Deft's Counsel: Albert Krieger, Esq

COUNTS DISMISSED: All Others

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

Right to appeal

**JUDGMENT AND SENTENCE**

Imprisonment    Years ____    Months 70    Counts 1

Supervised Release: 2 yrs (see f/c for details)

Probation    Years ____    Months ____    Counts ____

Comments: _____

Assessment $ 100.00    Fine $ 5,000 —

Restitution /Other _____

**CUSTODY**

____ Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal

✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 10/23/01

Commitment Recommendation: _____

206