UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 00-6082-CR-FERGUSON |
| Plaintiff, | : | |
| v. | : | |
| | | **DEFENDANT KROLL'S AND** |
| JONATHAN TUCKER KROLL, | : | **GOVERNMENT'S JOINT** |
| | | **MOTION TO SEAL** |
| Defendant. | : | |

Defendant, JONATHAN TUCKER KROLL, by and through his undersigned counsel, jointly with the Government, respectfully moves this Honorable Court to file Defendant Kroll's and Government's Joint Motion For Continuance Of Surrender Date under seal, and requests that the matter remain permanently sealed. A sealed filing cover sheet accompanies this motion.

Respectfully submitted,

_____        _____
Albert J. Krieger                Susan W. Van Dusen
ALBERT J. KRIEGER, P.A.          Fla. Bar No. 334111
Fla. Bar No. 209422              2701 South Bayshore Drive, Suite 315
1899 South Bayshore Drive        Miami, Florida 33133
Miami, Florida 33133             (305) 854-6449
(305) 854-0050                   Fax (305) 285-5124
Fax (305) 285-1761

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion to seal was hand-delivered and/or mailed this 17th day of April, 2002, to:

Roger W. Powell, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394


Arthur Leach, Esq.
Assistant U.S. Attorney
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303

_____
Susan W. Van Dusen