UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6082-CR-FERGUSON(s)

UNITED STATES OF AMERICA

v.

JONATHAN TUCKER KROLL,

         Defendant.
_____/

GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
PURSUANT TO RULE 35, FED. R. CRIM. P.

    **COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorney, and respectfully moves this Honorable Court for a reduction in sentence for Defendant Jonathan Tucker Kroll, pursuant to Rule 35, Fed. R. Crim. P. and further requests this Court set a Hearing no earlier than 45 days in support thereof states as follows:

    1.   On February 7, 2001, Defendant Kroll pled guilty to count one of the indictment charging him with conspiracy to possess with intent to distribute MDMA, in violation of Title 21, United States Code, Section 846. On April 23, 2001, Defendant Kroll was sentenced to serve 70 months' imprisonment followed by 3 years' supervised release. The statutory time for filing a sentence reduction motion pursuant to Rule 35(b) of Federal Rules of Criminal Procedure will expire on April 24, 2002, if no intervening

action takes place.

2. The defendant's cooperation has resulted in Federal indictments in the Eastern District of Kentucky, the Northern District of Georgia and the District of New Jersey. Further, Defendant Kroll is a key witness still assisting agents of both the U.S. Customs Service and Drug Enforcement Administration in these Districts in long term narcotics smuggling and money laundering investigations which are not completed.

3. The Government is not prepared to go forward at this time with the hearing on its motion to reduce the defendant's sentence pursuant to Fed. R. Crim. P. 35 because the defendant's cooperation is still on-going. It is anticipated that Defendant Kroll's cooperation with the United States will be completed within the next 45 days.

4. The Government respectfully requests this Court grant its motion for a sentence reduction but refrain from scheduling the hearing earlier than 45 days hence. This time extension will serve the ends of justice by allowing defendant Kroll to complete the cooperation he has already begun. In addition, this extension will allow the Court an opportunity to consider the full nature and extent of the defendant's assistance in the above-referenced matters.

5. The United States now certifies that the defendant has rendered substantial assistance as that term is defined in Rule 35, of the Federal Rules of Criminal Procedure.

6. In connection with this request, the Government notes that, according to F. R. Crim. P. 43(c)(4), a reduction in the defendant's sentence by this Court pursuant to Rule 35(b) does not require the presence of the defendant.

7. The undersigned has spoken with Ms. Susan Wright Van Dusen, Esq., Attorney for Defendant Kroll, and she has authorized the undersigned to represent to the Court that the defense has no objection to the granting of this motion.

**WHEREFORE**, the Government prays that this Court grant this motion and continue the hearing in this cause for at least 45 days.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 341411
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel:(954) 356-7255, Fax: 356-7336

3

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion on the __22nd__ of April 2002, was mailed to:

    Ms. Susan Wright Van Dusen, Esq.
    Attorney for Defendant Kroll
    1899 South Bayshore Drive
    Miami, FL 33133

*/s/ Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY