

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                    Case No. 00-6082-CR-FERGUSON

    Plaintiff(s)

vs.

JONATHAN TUCKER KROLL (J)

    Defendant(s).
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on July 24, 2002 at 9:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of May, 2002.

                                    KAREN GARDNER
                                    DEPUTY CLERK

copies provided:

Roger Powell, AUSA
Susan Van Dusen, Esq.,