AO 245B (Rev. 8/96) Sheet 2 - Imprisonment    Case 0:00-cr-06082-DLG    Document 295    Entered on FLSD Docket 06/18/2002    Page 1 of 1

Judgment-Page __2__ of __6__

DEFENDANT:        JONATHAN TUCKER KROLL, (J) 55475-004
CASE NUMBER:      0:00CR06082-004  Ferguson

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __70__ month(s).

**As to Count One of the Indictment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

FILED BY ___ D.C.
02 JUN 17 PM 4:41
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ a.m./p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☒ before 2 p.m. on __10/23/2001__ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

[signature] Tracy D. Walter 6/11/01

I have executed this judgment as follows:

Defendant ~~delivered~~ SELF SURRENDERED on __JUNE 7, 2002__ to __FEDERAL PRISON CAMP__ at __ATLANTA, GEORGIA__, with a certified copy of this judgment.

[signature]
UNITED STATES MARSHAL

By __R. WILEY, WARDEN__
~~Deputy U.S. Marshal~~

295