# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUL 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. <u>00-6082-FERGUSON</u>     Date: <u>July 24, 2002</u>

Clerk:   <u>Karen Gardner</u>        Reporter: <u>Carleen Horenkamp</u>

USPO:    <u>N/A</u>                  Interpreter: <u>N/A</u>

**UNITED STATES OF AMERICA vs.** <u>JONATHAN TUCKER KROLL.</u>

AUSA: <u>Roger Powell</u>

Defendant(s) Counsel: <u>Susan Van Dusen, Esq.,/ Albert Krieger, Esq.,</u>

Defendant(s) Present_____ Not Present_____ In Custody_____

Reason for hearing: **SEALED HEARING**

Result of hearing:

Case Continued to:_____  Time:_____ P.M. _____