# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUL 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. 00-6082-FERGUSON            Date: July 24, 2002

Clerk: Karen Gardner                 Reporter: Carleen Horenkamp

USPO:     N/A                        Interpreter:    N/A

**UNITED STATES OF AMERICA vs.** JONATHAN TUCKER KROLL.

AUSA: Roger Powell

Defendant(s) Counsel: Susan Van Dusen, Esq.,/ Albert Krieger, Esq.,

Defendant(s) Present ____ Not Present _X_ In Custody ____

Reason for hearing: **SEALED HEARING**

Result of hearing: _____

Case Continued to: _____ Time: _____ P.M. _____

299