UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        :       CASE NO.: 00-6082-CR-FERGUSON

vs.                             :
                                        **DEFENDANT KROLL'S MOTION TO**
                                        **DISCHARGE BOND**
JONATHAN TUCKER KROLL           :

_____

Defendant JONATHAN TUCKER KROLL, by and through undersigned counsel, respectfully moves this Court for an Order discharging his $100,000 - 10% cash appearance bond, and directing the Clerk of Court to disburse the sum of money that has been on deposit in the registry of the Court ($10,000). In support of this motion, defendant states as follows:

1. On September 21, 2000, Defendant Kroll was charged in a superseding indictment with violations of 21 U.S.C. §§ 846, 841(a)(1), 853, and 18 U.S.C. §2.

2. On September 28, 2000, Defendant Kroll, upon being notified of the arrest warrant issued as a result of the return of the superseding indictment, voluntarily surrendered to the U. S. Marshal's Office in the Southern District of Florida.

3. On October 4, 2000, Magistrate Judge Seltzer ordered, *inter alia*, that Defendant Kroll be released on a $100,000 appearance bond, cosigned by his father, Albert G. Kroll, with the requirement that ten percent (10%) be deposited in the registry of the Court.

4. On October 4, 2000, Defendant Kroll's father, Albert G. Kroll, deposited the sum of $10,000 in the registry of the Court, in accordance with the bond conditions. Copies of the receipt (No. 401 520604) and cashiers check in the amount of $10,000 (No. 29-391 #212359802) are attached hereto as Composite Exhibit A.

5. On April 23, 2001, pursuant to a plea of guilty, Defendant Kroll was sentenced to a term of imprisonment for 70 months, which sentence subsequently was amended to a term of imprisonment of 18 months, as reflected on the Amended Judgment, filed August 14, 2002.

6. Prior to the entry of the Amended Judgment, the Court had permitted Defendant Kroll to voluntarily surrender to the Bureau of Prisons on or before June 7, 2002. The Bureau of Prisons designated Defendant Kroll to the Satellite Camp - Atlanta, Georgia. Defendant Kroll surrendered as required on June 7, 2002.

7. Accordingly, Defendant Kroll requests that the bond be discharged and that the $10,000 deposit with the registry of the Court be disbursed to his father, Albert G. Kroll, who posted the deposit on his behalf.

8. On August 28, 2002, undersigned counsel contacted AUSA Roger W. Powell regarding the government's position, and was authorized by AUSA Powell to state that the government has no opposition to the relief requested herein.

WHEREFORE Defendant JONATHAN TUCKER KROLL moves this Court for an Order discharging his bond and directing the Clerk of Court to disburse the $10,000 to Albert G. Kroll, at the address listed on the receipt. (*See* Composite Exhibit A).

Respectfully submitted,

Albert J. Krieger  
ALBERT J. KRIEGER, P.A.  
Fla. Bar No. 209422  
1899 South Bayshore Drive  
Miami, Florida 33133  
(305) 854-0050  
Fax (305) 285-1761  

Susan W. Van Dusen  
Fla. Bar No. 334111  
2701 South Bayshore Drive, Suite 315  
Miami, Florida 33133  
(305) 854-6449  
Fax (305) 285-5124

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the following named addressee, this 28th day of August, 2002:

Roger W. Powell, Esq.
Assistant U. S. Attorney
U. S. Attorney's Office
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394-3092

_____
Susan W. Van Dusen, Esq.

# EXHIBIT A

```
Wed Oct  4 12:27:47 2000

   UNITED STATES DISTRICT COURT

   MIAMI          , FL

Receipt No.   401 520604
Cashier         liz

Tender Type  CHECK

Check Number: 23-391 #212359802

Transaction Type   C

Case No./Def No. 0:99-CR-000000/   0

DO Code    Div No     Acct
 4600        0       604700

Amount             $ 10000.00

ALBERT G. KROLL, 38 MANGER RD, CEDAR KNO
LLS, NJ 07927(SS #204381885)

00CR6082/WDF/10% CASH BOND, JONATHAN TUC
KER KROLL



Wed Oct  4 12:27:47 2000

Check No. 23-391 #212359802
Amount$ 10000.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4600
```

