DEFENDANT: JONATHAN TUCKER KROLL
CASE NUMBER: 00-6082-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Eighteen (18) months as to count one of the indictment.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on October 23, 2001.**

## RETURN

I have executed this judgment as follows:

**Order received via U.S. Mail 08-28-2002 at the Federal Prison Camp at Atlanta, Georgia. Said order hereby executed.**

**R. Wiley, Warden**

**by: M. Navarro, Inmate Systems Supervisor**

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal