

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 00-6082-CR-FERGUSON |
| Plaintiff, | : | |
| v. | : | |
| JONATHAN TUCKER KROLL, | : | **ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING JUDGMENT IN A** |
| 55475-004　　Defendant. | : | **CRIMINAL CASE** |

THIS MATTER having come before the Court upon the Government's Motion to Reduce the Sentence imposed as to the Defendant JONATHAN TUCKER KROLL, pursuant to Rule 35, Federal Rules of Criminal Procedure, as amended, the Court having reviewed said motion and reasons advanced therein, the Court having heard the arguments of counsel at the hearing on July 24, 2002 and the Court being fully advised as to the facts and circumstances of this case, it is

ORDERED AND ADJUDGED that the Government's Motion to Reduce the Sentence imposed as to the Defendant JONATHAN TUCKER KROLL is hereby GRANTED, it being further

ORDERED that the original Order of Judgment in a Criminal Case, filed May 11, 2001, is hereby AMENDED, as follows:

"...The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>Eighteen (18) months</u>."

It being further

ORDERED AND ADJUDGED that all other provisions of the original Order of Judgment in a Criminal Case, filed May 11, 2001, shall remain in full force and effect.

DONE AND ORDERED, in Ft. Lauderdale, Florida, this 8TH day of Aug., 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

Copies provided to:   Roger W. Powell, AUSA
Albert J. Krieger, Esq.
Susan W. Van Dusen, Esq.
U.S. Probation Office, Ft. Lauderdale, FL
Pre-Trial Services, Ft. Lauderdale, FL
Bureau of Prisons, FPC Atlanta

Order received via U.S. Mail on 08-22-2002 at the
Federal Prison Camp at Atlanta, Georgia. Said order
hereby executed this date, 08-22-2002.

R. Wiley, Warden
by: _____
M. Navarro, Inmate Systems Supervisor

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/8/02

U.S. Marshal