UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 00-6082-CR-FERGUSON |
| vs. | : | |
| JONATHAN TUCKER KROLL | : | **ORDER DISCHARGING BOND** |

THIS CAUSE came before the Court upon Defendant Jonathan Tucker Kroll's Motion to Discharge Bond, filed on or about August 28, 2002.

THIS COURT has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that the bond conditions previously imposed by the Court, including the $100,000 - 10% appearance bond, are hereby DISCHARGED. The Clerk of Court is hereby directed to return the money deposited in the registry of the Court ($10,000.00) to:

Albert G. Kroll ; SS NO. 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
38 Manger Road
Cedar Knolls, New Jersey 07927

DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida, this 22ND day of October, 2002.

HONORABLE WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc: Albert J. Krieger, Esq.
Susan W. Van Dusen, Esq.
Robert W. Powell, Esq.
Financial.